IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>METZ TOOL & DIE WORKS, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-71850 MB<br><br>Judge MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To:  THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES
BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES <u>STEPHEN G. BALSLEY</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on <u>04/16/05</u>. The Trustee was appointed on 04/16/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of \ is as follows:

    a.    RECEIPTS (See Exhibit C)      $ <u>26,949.96</u>

    b.    DISBURSEMENTS (See Exhibit C)      $ <u>7,353.85</u>

    c.    NET CASH available for distribution      $ <u>19,596.11</u>

    d.    TRUSTEE/PROFESSIONAL COSTS

|   |   |   |   |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ | 3,445.00 |
| 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $ | 11,278.15 |

  e. Illinois Income Tax for Estate (See Exhibit G)  $  0.00

5. The Bar Date for filing unsecured claims expired on 08/11/05

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 14,723.15 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 125.77 |
| e. | Allowed unsecured claims | $ | 29,786.96 |
| f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 16.72% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $5,330.02 to Lindgren, Callihan, Van Osdol & Co., Ltd., Accountant for Trustee; $1,780.00 to Miller Auction Service, Inc., Auctioneer for Trustee; for total fees and expenses of $7,110.02. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $11,278.15. The total of Chapter 7 professional fees and expenses requested for final allowance is $11,278.15

9. A fee of $2,200.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

                                        RESPECTFULLY SUBMITTED:

DATE:   January 26, 2007                /s/Stephen G. Balsley
                                        STEPHEN G. BALSLEY
                                        6833 STALTER DRIVE
                                        ROCKFORD, IL 61108
                                        (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>METZ TOOL & DIE WORKS, INC.<br><br>　　　　Debtor(s) | CASE NO. 05-71850 MB<br><br>Judge MANUEL BARBOSA |

### DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,723.15 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)&(9)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 125.77 |
| General Unsecured Claims: | $ 4,747.19 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 19,596.11 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $14,723.15 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 3,445.00 | 3,445.00 |
| | Stephen G. Balsley, Attorney for Trustee | 11,109.50 | 11,109.50 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 168.65 | 168.65 |
| | TOTAL | $ | 14,723.15 |

c. $125.77 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $125.77 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 17.2 | Department of the Treasury - Internal Revene Service | 125.77 | 125.77 |
| | TOTAL | $ | 125.77 |

d. $4,747.19 for general unsecured creditors who have filed claims allowed in the total amount of $28,388.22, yielding a dividend of 16.72%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $28,388.22 | 16.72% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | ComEd Co. | 1,664.11 | 278.29 |
| 3 | Arthur Machinery, Inc. | 960.00 | 160.54 |
| 4 | Etch-Tech Inc. | 630.00 | 105.36 |
| 5 | W.G. Strohwig Tool & Die, Inc. | 8,590.00 | 1,436.45 |
| 6 | Rockord Tool & Manufacturing Company | 2,168.00 | 362.54 |
| 8 | Avaya | 79.92 | 13.36 |
| 9 | Citibank (USA), N.A. | 6,524.92 | 1,091.12 |
| 10 | Gildon, Inc.Inc. | 928.41 | 155.25 |
| 11 | Liebovich Steel & Alum Company | 713.07 | 119.24 |
| 12 | G-Neil | 70.17 | 11.73 |
| 13 | Bohler Uddeholm Steel | 747.03 | 124.92 |
| 14 | Hartford Fire Insurance Company | 5,218.00 | 872.57 |
| 15 | Fastenal Industrial & Construction Sup. | 44.07 | 7.37 |
| 16 | McLeod USA | 50.52 | 8.45 |
| | TOTAL | $ | 4,747.19 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $1,398.74 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $1,398.74 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 18 | Onyx Waste Services, Inc. | 426.55 | 0.00 |
| 17.2.1 | Department of the Treasury - Internal Revenue Service | 972.19 | 0.00 |
| | TOTAL | | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 1 | Avaya<br>c/o RMS Bankruptcy Services<br>P.O. Box 5126<br>Timonium, MD 21094 | $ 69.93 | Disallowed – Amended by Claim #8 |
| Priority | 7 | Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | $ 21,931.44 | Disallowed pursuant to Court Order 12/12/05 |
| Unsecured | 7.1 | Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | $ 100.00 | Disallowed pursuant to Court Order 12/12/05 |
| Priority | 17.1 | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 125.77 | Disallowed – Amended by Claim #17.2 |
| Unsecured | 17.1.2 | Department of the Treasury - Internal Revenue Service<br>230 South Dearborn P.A.<br>Stop 5014 CHI<br>Chicago, IL 60604 | $ 972.19 | Disallowed – Amended by Claim #17.2 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   January 26, 2007                /s/Stephen G. Balsley
                                         STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 3,445.00 | $ 3,445.00 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 11,109.50 | $ 11,109.50 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 168.65 | $ 168.65 |
| TOTALS | $ 0.00 | $ 14,723.15 | $ 14,723.15 |

**EXHIBIT A**

**TASKS PERFORMED**

**METZ TOOL & DIE WORKS, INC.
CHAPTER 7 BANKRUPTCY CASE NO. 05-71850**

---

The Debtor operated a large manufacturing facility in Rockford, Illinois. By the time the bankruptcy proceeding had been commenced, AMCORE Bank had ceased all of the assets of the Debtor and held the held the assets at the Debtor's manufacturing facility.

The Trustee conducted an inspection of the premises and assets. The Trustee reviewed AMCORE Bank's loan documents, proof of perfection of security interest and Court Orders. The Trustee determined that most of the assets were subject to properly perfected security interests of AMCORE Bank.

In reviewing the documents, the Trustee determined that several of the vehicles did not have properly perfected liens. The Trustee retained the services of John Miller Auctioneer Services to sell the vehicles. The vehicles were sold pursuant to Court Order of August 29, 2005, and Miller Auctioneer Services was paid its commission and expenses as allowed by said Order.

The Trustee also discovered that the Debtor owned insurance policies on the life of its principal shareholder. The Trustee offered to sell the policies to the shareholder for the cash surrender values, but the shareholder declined. The Trustee then took steps to surrender the policies and receive the cash proceeds.

The Trustee discovered that the income tax returns had not been filed as required. The records of the Debtor were in disarray. The Trustee spent substantial time recovering records from the Debtor's shareholder and AMCORE Bank and provided the records to the Trustee's accountant. The accountant was retained pursuant to Court Order. The Trustee has filed all necessary income tax returns. The Trustee filed a Motion to discharge the Trustee's liability for income taxes to the Internal Revenue Service. The Internal Revenue Service notified the Trustee that it has accepted the income tax returns for the years 2004 and 2005 as filed, and an Order discharging the Trustee from liability for such tax years was entered by the Court on January 24, 2007.

The Trustee has reviewed the claims, filed Objections and an Order disallowing certain claims was entered by the Court on October 12, 2005.

SGB:vcg

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-71850 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | METZ TOOL & DIE WORKS, INC. | Filed (f) or Converted (c): | 04/16/05 (f) |
| | | §341(a) Meeting Date: | 06/03/05 |
| | | Claims Bar Date: | 08/11/05 |
| Period Ending: | 01/26/07 | | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Bank account - LaSalle Bank | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Accounts receivable | 92,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1982 GMC three-ton truck | 3,000.00 | 250.00 | DA | 250.00 | FA |
| 4 | 1888 Ford F150 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1991 Ford F250 | 3,000.00 | 200.00 | | 200.00 | FA |
| 6 | 1999 Ford Cab Chas | 25,000.00 | 10,000.00 | | 10,000.00 | FA |
| 7 | 2000 Ford F150 | 20,000.00 | 5,000.00 | | 5,000.00 | FA |
| 8 | Furniture and fixtures | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Machinery and equipment | 750,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Inventory | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Prudential Financial #76864235 (u) | Unknown | 5,081.70 | | 5,081.70 | FA |
| 12 | Prudential Financial #99860982 (u) | Unknown | 5,589.03 | | 5,589.03 | FA |
| 13 | ING USA Life Insurance Policy (u) | 625.12 | 625.12 | | 625.12 | FA |
| 14 | INTEREST (u) Int | Unknown | N/A | | 204.11 | Unknown |
| | Assets Totals (Excluding unknown values) | $1,100,125.12 | $26,745.85 | | $26,949.96 | $0.00 |

Major Activities Affecting Case Closing:


EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-71850 MB
**Case Name:** METZ TOOL & DIE WORKS, INC.

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 04/16/05 (f)
**§341(a) Meeting Date:** 06/03/05
**Claims Bar Date:** 08/11/05

**Period Ending:** 01/26/07

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2006    **Current Projected Date Of Final Report (TFR):** January 26, 2007 (Actual)

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-71850 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | METZ TOOL & DIE WORKS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 36-2642328 | Account: | ***-*****02-65 - Money Market Account |
| Period Ending: | 01/26/07 | Blanket Bond: | $1,500,000.00 (per case limit) |
| | | Separate Bond: | N/A |

EXHIBIT e

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/05 | {7} | Law Office of Crosby & Associates, P.C. | Sale of 2000 Ford F150 pickup truck | 1129-000 | 5,000.00 | | 5,000.00 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.69 | | 5,000.69 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.91 | | 5,002.60 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.97 | | 5,004.57 |
| 10/05/05 | {3} | Erickson Auto Parts & Sales, Inc. | Purchase of 1982 Truck | 1129-000 | 250.00 | | 5,254.57 |
| 10/13/05 | | Trickie Enterprises/Isaac Trickie | Purchase of 1999 Ford and 1991 Ford | 1129-000 | 10,200.00 | | 15,454.57 |
| 10/13/05 | {6} | | | 1129-000 | | | 15,454.57 |
| | {5} | | | | 10,000.00 | | 15,454.57 |
| 10/13/05 | 1001 | Miller Auction Service, Inc. | Auctioneer fees | 3610-000 | | 1,780.00 | 13,674.57 |
| | | | | 3620-000 | | 250.00 | 13,674.57 |
| | | | | | 1,530.00 | | 13,674.57 |
| | | | | | 200.00 | | |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 4.24 | | 13,678.81 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 6.18 | | 13,684.99 |
| 12/02/05 | {12} | Prudential Financial | Insurance proceeds | 1229-000 | 4,489.78 | | 18,174.77 |
| 12/02/05 | {11} | Prudential Financial | Insurance proceeds | 1229-000 | 3,893.05 | | 22,067.82 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.40 | | 22,078.22 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.43 | | 22,090.65 |
| 02/17/06 | {11} | Prudential Financial | Life Insurance Proceeds | 1229-000 | 1,188.65 | | 23,279.30 |
| 02/17/06 | {12} | Prudential Financial | Life Insurance Proceeds | 1229-000 | 1,099.25 | | 24,378.55 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.17 | | 24,390.72 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.50 | | 24,405.22 |
| 04/17/06 | 1002 | United States Treasury | Unemployment (FUTA) Taxes | 5800-000 | | 214.43 | 24,190.79 |
| 04/20/06 | 1003 | Lindgren, Callihan, Van Osdol & Co., Ltd. | Accountant fees | 3410-000 | | 225.00 | 23,965.79 |

| | Subtotals : | $26,185.22 | $2,219.43 |
|---|---|---|---|

{} Asset reference(s)

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-71850 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | METZ TOOL & DIE WORKS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****02-65 - Money Market Account |
| Taxpayer ID #: | 36-2642328 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/26/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.38 | | 23,981.17 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.30 | | 23,997.47 |
| 06/02/06 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2006 FOR CASE #05-71850, 016018067 | 2300-000 | | 29.22 | 23,968.25 |
| 06/16/06 | {13} | ING USA Annuity and Life Insurance Company | Cash value of life insurance policy | 1229-000 | 625.12 | | 24,593.37 |
| 06/19/06 | 1005 | Lindgren, Callihan, Van Osdol & Co., Ltd. | Accountant fees | 3410-000 | | 1,151.00 | 23,442.37 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.72 | | 23,458.09 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.94 | | 23,474.03 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.95 | | 23,489.98 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.92 | | 23,504.90 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.47 | | 23,521.37 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.46 | | 23,536.83 |
| 12/08/06 | 1006 | Lindgren, Callihan, Van Osdol & Co., Ltd. | Attorney fees - Court Order 12/04/06 | 3410-000 | | 3,954.20 | 19,582.63 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.48 | | 19,596.11 |
| | | | Subtotals : | | $764.74 | $5,134.42 | |

{} Asset reference(s)

Printed: 01/25/2007 09:10 AM  V.9.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-71850 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | METZ TOOL & DIE WORKS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 36-2642328 | Account: | ***-*****02-65 - Money Market Account |
| | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/26/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | ACCOUNT TOTALS | | 26,949.96 | 7,353.85 | |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 26,949.96 | 7,353.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,949.96 | $7,353.85 | $19,596.11 |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-71850 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | METZ TOOL & DIE WORKS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 36-2642328 | Account: | ***-*****02-66 - Checking Account |
| | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/26/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****02-65 | 26,949.96 | 7,353.85 | 19,596.11 |
| Checking # ***-*****02-66 | 0.00 | 0.00 | 0.00 |
| | $26,949.96 | $7,353.85 | $19,596.11 |

{} Asset reference(s)