Case Name: METZ TOOL & DIE WORKS, INC.
Case No:   05-71850

# CERTIFICATION OF REVIEW

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 2/12/07        WILLIAM T. NEARY
              United States Trustee, Region 11


           BY:  */s/*
              SHEREE G. DANDURAND
              Assistant U.S. Trustee