IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
METZ TOOL & DIE WORKS, INC.

CASE NO. 05-71850 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: 36-2642328

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO:  The Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL  61101

    on:   March 21, 2007
    at:   9:30 a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 3,445.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 11,109.50 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 168.65 |

4.  The Trustee's Final Report shows total:

    a.  Receipts                                  $   26,949.96

    b.  Disbursements                             $    7,353.85

    c.  Net Cash Available for Distribution       $   19,596.11

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $125.77. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $4,747.19, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $29,786.96, resulting in an approximate distribution of 16.72% to unsecured creditors.

6. The debtor has not been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   January 26, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
815/962-6611

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2            Date Rcvd: Feb 13, 2007
Case: 05-71850                Form ID: pdf002            Total Served: 64


The following entities were served by first class mail on Feb 15, 2007.
db          +Metz Tool & Die Works, Inc.,    5004 27th Avenue,    Rockford, IL 61109-1711
aty         +Dennis M McDougall,    Crosby & Associates,    475 Executive Parkway,    Rockford, IL 61107-6629
aty         +Jeffrey A Chadwick,    Katten Muchin Rosenman LLP,    525 West Monroe Street,
              Chicago, IL 60661-3693
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
9179226     +A Law Office Of Crosby & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-6629
9179230     +ASHER Tool & Machinery Sales,    1634 18th Ave.,    Rockford, IL 61104-7316
9179231      AVAYA,   P.O. Box 5125,    Carol Stream, IL 60197-5125
9179227     +Amcore Bank,   c/o Jeffrey A Chadwick,    525 W Monroe St-Suite 1900,    Chicago, IL 60661-3718
9179228      Amoco Oil,   P.O. Box 9076,    Des Moines, IA 50368-9076
9179229     +Arthur Machinery, Inc.,    2501 Landmeier Road,    Elk Grove Village, IL 60007-2622
9327532     +Avaya,   c/o RMS Bankruptcy Services,    POB 5126,    Timonium MD 21094-5126
9179232     +B & H Industries,    80 West Seegers Road,    Arlington, IL 60005-3917
9179233     +BMJ Polishing,    6692 Hartwig Drive,    Cherry Valley, IL 61016-9110
9571328     +Bohler Uddeholm Steel,    4902 Tollview Dr,    Rolling Meadows IL 60008-3710
9179234     +Bohler Uddeholm Steel,    548 Clayton,    Wood Dale, IL 60191-1115
9179235      Carol Staehle Corp.,    180 Industrial Dr. Unit 320,    Libertyville, IL  60048-9400
9179236     +Cavity Masters,    10005 Pacific Ave.,    Franklin Park, IL 60131-1878
9407001     +Citibank (USA) NA,    Assoc/BP Amoco Payment Center,    4300 Westown Parkway,
              West Des Moines, IA 50266-1266
9179237     +City Of Rockford,    424 E. State St.,    Rockford, IL 61104-1015
9179238      ComEd,   Bill Payment Center,    Chicago, IL 60668-0001
9327778     +ComEd Co,    2100 Swift Dr,    Attn:  Bankruptcy Section/Rev Mngmt,    Oakbrook, IL 60523-1559
9179239     +Contacts, Metala & Weldings,    P.O. Box 66481,    Indianapolis, IN 46266-6481
9179241      DME Company,    P.O. Box 78000,    Detroit, MI 48278-0242
9179240     +Deal Mold Polishing,    1242 Manchester Drive,    Crystal Lake, IL 60014-1814
9397997     +Dept. of Employment Security,    33 S. State St.,    Chicago, IL 60603-2802
9179242     +Etch-Tech Inc.,    494 W. Wrightwood Ave.,    Elmhurst, IL 60126-1078
9179243     +Fagor Automation Corporation,    2250 Estes Avenue,    Elk Grove, IL 60007-5427
9179244      Fastenal Industrial & Construction Sup,    P.O. Box 978,    Winona, MN 55987-0978
9179245     +G & K Services,    5611 11th Street,    Rockford, IL 61109-3654
9179246      G-Neil,   P.O. Box 451179,    Sunrise,, FL 33345-1179
9179247     +Gildon Inc.,    1623 Magnolia,    Rockford, IL 61104-5142
9629748      Hartford Fire Insurance Co,    Hartford Plaza T-1-55,    Hartford CT 06115
9179248     +Helsley Supply Company,    P.O. Box 388,    Freeport, IL 61032-0388
10655072    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114-0326)
9179249      Illinois Department Of Revenue,    P. O. Box 19043,    Springfield, IL  62794-9043
9179250      Illinois Dept Of Employment Security,    260 E. Indian Trail Rd.,    Aurora, IL 60505-1733
9317012     +Jeffrey A Chadwick,    525 W Monroe St,   Suite 1900,    Chicago, IL 60661-3718
9179252     +John Henriksen,    D/B/A Henriksen Machine Service,    11032 Oxbow Drive,    Roscoe, IL 61073-9402
9179251     +John Henriksen,    11032 Oxbow Drive,    Roscoe, IL 61073-9402
9179253     +Liebovich Steel & Alum Company,    2116 Preston Street,    Rockford, IL 61102-1897
9179254     +Lindgren Callihan Van Osdol & Co.,    111 South Alpine,    Rockford, IL 61108-3943
9179256      MBNA America,    P. O. Box 15027,    Wilmington, DE 19850-5027
9179260     +MSC Liquid Filtration Corporation,    198 Freshwater Blve.,    Enfield, CT 06082-4455
9179255     +Mark Johnson,    321 West State Street Suite 1200,    Rockford, IL 61101-1135
9179257     +McLeod USA,    P.O. Box 323,    Milwaukee, WI 53201-0323
9698673     +McLeod USA,    PO Box 3177,    Cedar Rapids, IA 52406-3177
9179258     +Mid States Mt.,    365 Production Drive Unit B,    South Elgin, IL 60177-2636
9179259     +Mid West Business Systems,    P.O. Box 247,    Cherry Valley, IL 61016-0247
9179261      Nicor Gas,    C/O Cbcs,    P.O. Box 163250,    Columbus, OH 43216-3250
9179262     +Onyx,   8538 Hwy 251 South,    Davis Junction, IL 61020-9706
10657653    +Onyx Waste Services, Inc.,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
              Timonium, Maryland 21094-5126,    Telephone Number: (410) 773--4085
9179263      Principal Fia Group,    P.O. Box 14582,    DesMoines, IA 50306-3582
9179264      Rock River Reclamation District,    P. O. Box 6207,    Rockford, IL  61125-1207
9179265     +Rockford Heat Treaters, Inc.,    2510 20th Street,    Rockford, IL 61104-7454
9179266     +Rockford Industrial Welding Supply, Inc.,    4646 Linden Road,    Rockford, IL 61109-3300
9179267     +Rockord Tool & Mfg. Company,    3023 Eastrock Ct.,    Rockford, IL 61109-1761
9179268      SBC,   60663 SBC Drive,    Bill Payment Center,    Chicago, IL  60663-0001
9179269     +Scimitar Prototyping,    1529 Bourban Parkway,    Streamwood, IL 60107-1836
9179270     +SimplexGrinnell,    50 Technology Drive,    Westminster, MA 01441-0001
9179271     +Stewart T. Kusper,    Katten Muchin Zavis Rosenman,    525 West Monroe Street, Suite 1600,
              Chicago, IL 60661-3690
9179272     +Thyssen Steel,    365 Village Drive,    Carol Stream, IL 60188-1856
9179273      Ups,   P.O. Box 650580,    Dallas, TX 75265-0580
9179274     +W.G. Strohwig Tool & Die Inc.,    Dept. #00538 (Lockbox #),    Milwaukee, WI 53259-0001
9179275     +Williams Manny,    P.O. Box 5466,    555 South Perryville Road,    Rockford, IL 61108-2549

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Il Dept Of Employment Security
auc          John F Miller,    Miller Auction Service Inc
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2              Date Rcvd: Feb 13, 2007
Case: 05-71850                 Form ID: pdf002            Total Served: 64

aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
9179225*     +METZ TOOL & DIE WORKS INC,    5004 27th Avenue,   Rockford, IL 61109-1711
                                                                                       TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2007**                    **Signature:**    *Joseph Speetjens*